Case 8:01-cv-00902-AHS-AN Document 128 Filed 04/29/03 Page 1 of 2 Page ID #:180

MARK E. WEBER, SBN 120386
ROBERT P. BERRY, SBN 220271
DOUGLAS B. MINER, SBN 217683
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
DELTA AIR LINES, INC.

ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ALL DIRECT TRAVEL SERVICES, INC., DONALD MCGENTY d/b/a ANN'S CROSSROADS TRAVEL CENTER; AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., WORLDSPAN, LP, AND AIRLINES REPORTING CORPORATIONS<br><br>Defendant. | CASE NO. CV 01-902-AHS(ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>[Defendant's Notice of Motion; Memorandum of Points and Authorities, Statement of Undisputed Facts and Conclusions of Law, Declaration of Robert P. Berry filed concurrently herewith]<br><br>Date: April 14 ~~March 24~~, 2003<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Alicemarie H. Stotler |

MAR 3 4 02 PM '03
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY: ___
LODGED

ENTER ON ICMS
5-1-03
MAY - 1 2003

128

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S
MOTION FOR SUMMARY JUDGMENT

1   This matter is before the Court on Defendant Delta Air Lines, Inc.'s ("Delta")
2   Motion for Summary Judgment. After fully considering the briefs and papers
3   pertaining to this matter, and hearing oral argument on this matter on March 24, 2003,
4   this Court hereby **GRANTS** Delta's Motion for Summary Judgment in its entirety.

DATED: APR 29 2003

*[signature]*
THE HONORABLE ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

GIBSON, DUNN & CRUTCHER LLP
MARK E. WEBER
ROBERT P. BERRY
DOUGLAS B. MINER

By: *[signature]*
Robert P. Berry

Attorneys for Defendant
DELTA AIR LINES, INC.

10681398_1.DOC

---

[PROPOSED] ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S
MOTION FOR SUMMARY JUDGMENT