MARK E. WEBER, SBN 120386
ROBERT P. BERRY, SBN 220271
DOUGLAS B. MINER, SBN 217683
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 29 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendants
DELTA AIR LINES, INC.

Priority _____
Send       X
Enter      X
Closed  _____
JS-5/JS-6  X
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALL DIRECT TRAVEL SERVICES, INC., DONALD MCGENTY d/b/a ANN'S CROSSROADS TRAVEL CENTER; AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., WORLDSPAN, LP, AND AIRLINES REPORTING CORPORATIONS<br><br>Defendant. | CASE NO. CV 01-902-AHS(ANx)<br><br>[PROPOSED] JUDGMENT<br><br>APRIL 14<br>Date: ~~March 24~~, 2003<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Alicemarie H. Stotler |

ENTERED

MAY - 1 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

MAR 3 4 02 PM '03
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

ENTER ON ICMS
5-1-03
MAY - 1 2003

131

Gibson, Dunn &
Crutcher LLP

[PROPOSED] JUDGMENT

In a separate order dated **April 29**, 2003, this Court granted defendant Delta Air Lines, Inc.'s Motion for Summary Judgment and dismissed all of plaintiffs' claims.

Accordingly, pursuant to that **April 29**, 2003 order, it is hereby **ADJUDGED, DECREED** and **ORDERED** that defendant Delta Air Lines, Inc. shall have judgment against plaintiffs, and plaintiffs shall recover nothing on their complaint.

IT IS SO ORDERED

DATED: **April 29**, 2003

_____
THE HONORABLE ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

GIBSON, DUNN & CRUTCHER LLP
MARK E. WEBER
ROBERT P. BERRY
DOUGLAS B. MINER

By: _____
Robert P. Berry

Attorneys for Defendant
DELTA AIR LINES, INC.

10681239_1.DOC